FILED

JUL 01 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIA AMADOR (10),<br>JESUS VASQUEZ-VARGAS (11),<br>JAIME AVILA (12),<br>JOHN DOE EULALIO (15),<br>　aka "Lalo",<br>JOHN DOE ENRIQUE (16),<br><br>　　　　　Defendants. | Case No. 81CR1175-CAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: 6/30/16

HONORABLE CATHY A. BENCIVENGO
United States District Court Judge