**FILED**

JUL 07 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 81CR1175-CAB |
| Plaintiff, | **AMENDED JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS** |
| vs. | |
| ANTONIO AMADOR (10), JESUS VASQUEZ-VARGAS (11), JAMIE AVILA (12), JOHN DOE EULALIO (15), Aka "Lalo" JOHN DOE ENRIQUE (16), | |
| Defendants. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrants be recalled. An amended Judgment and Order is necessary due to correction of names for the court's records as to defendants Antonio Amador and Jamie Avila.

**IT IS SO ORDERED.**

DATED: 7/7/16

_____
Honorable Cathy Ann Bencivengo
United States District Court Judge